UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JUAN GUEVARA,

    Plaintiff,

v.                                            CASE NO. 8:22-cv-540-SDM-CPT

STANLEY CHAO, et al.,

    Defendants.
_____/

## ORDER

In three papers (Docs. 11, 14, and 15), the plaintiff announces a settlement with each defendant. Under Local Rule 3.09(b), this action is **DISMISSED** subject to the right of any party within sixty days (1) to submit a stipulated form of final order or judgment or (2) to move to vacate the dismissal for good cause. The clerk is directed to close the case.

ORDERED in Tampa, Florida, on May 11, 2022.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE