UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JUAN GUEVARA,

    Plaintiff,

v.                                                CASE NO. 8:22-cv-540-SDM-CPT

STANLEY CHAO, et al.,

    Defendants.
_____/

**ORDER**

In accord with the plaintiff's notices (Docs. 17 and 18), the action is **DISMISSED WITH PREJUDICE** under Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure.

ORDERED in Tampa, Florida, on June 3, 2022.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE